UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
CABLE FIRST CONSTRUCTION, INC.,                              :
                                                             :
                                                             :         ORDER REGULATING
                                                             :         PROCEEDINGS
                             Plaintiff,                      :
                                                             :
        -against-                                            :         20 Civ. 6679 (AKH)
                                                             :
                                                             :
                                                             :
LEPETIUK ENGINEERING CORP.,                                  :
                                                             :
                             Defendant.                      :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On September 10, 2021, I held a telephonic status conference in the above-captioned matter.  As discussed at the conference, the parties shall complete document production by October 22, 2021.  Their mutual desire to negotiate a settlement shall then take place.  The parties are ordered to appear for a status conference on November 19, 2021, at 10 a.m.

        SO ORDERED.

Dated: September 10, 2021　　　　　　　　　　__/s/ Alvin K. Hellerstein_____
      New York, New York　　　　　　　　　　　　ALVIN K. HELLERSTEIN
                                                      United States District Judge