UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
:
CABLE FIRST CONSTRUCTION INC.,  :
: **SCHEDULING ORDER**
Plaintiff, :
: 20 Civ. 6679 (AKH)
-against- :
:
LEPETIUK ENGINEERING CORP. :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The court is not able to adjourn this matter, because of conflicts with other scheduled trials. The court will entertain motions to adjust trial days, or allow remote testimony, to accommodate Plaintiff's recovery requirements. The Clerk is instructed to terminate the open motion at ECF No. 72.

SO ORDERED.

Dated:   March 5, 2024                              /s/ Alvin K. Hellerstein
        New York, New York                     ALVIN K. HELLERSTEIN
                                                                           United States District Judge