UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Cable First Construction, Inc.,

                      Plaintiff,                          20 **CIVIL** 6679 (AKH)

                -against-                            **JUDGMENT**

Lepetiuk Engineering Corp.,

                      Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Bench Trial before the Honorable Alvin K. Hellerstein, United States District Judge, having issued judgment in favor of Defendant/Counterclaim Plaintiff Lepetiuk Engineering Corp. in the amount of $334,204.86 plus interest at the New York legal rate of 9% accruing from the breach, starting March 9, 2020, pursuant to CPLR 5004, 5001, 5002, in the amount of $121,385.04, and the Complaint is hereby dismissed.

DATED: New York, New York
             March 25, 2024

                                                                       RUBY J. KRAJICK

                                                                          **Clerk of Court**

So Ordered:

                                                             BY:   K. Mango

U.S.D.J.                                                           **Deputy Clerk**